ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
THOMAS K. BUCK (State Bar No. 70307)
KRISTEN M. LEE (State Bar No. 239464)
Assistant United States Attorney
Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3989 (Buck)
            (213) 894-0332 (Lee)
    Fax:    (213) 894-7819
    Emails: tom.buck@usdoj.gov
          kristen.lee@usdoj.gov

JS-6

Attorneys for Defendant Ruth Cuentas

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH MILES,<br><br>    Plaintiff,<br><br>        v.<br><br>JANET NAPOLITANO,<br>UNITED STATES SECRETARY<br>OF HOMELAND SECURITY,<br>TRANSPORTATION<br>SECURITY<br>ADMINISTRATION, AGENCY,<br>RUTH CUENTAS and DOES 1-<br>10, inclusive,<br><br>    Defendants. | CASE NO. 2:10-cv-02809-JHN-CWx<br><br>**JUDGMENT ON THE PLEADINGS** |

      Having issued, on March 15, 2012, the Court's Order Granting Defendant's

Motion For Judgment On The Pleadings [81] And Denying Remaining Matters As

///

///

///

1    Moot [88, 92], and having issued the Order [120] only on the bases set forth therein,

2    the Court directs that Judgment on the Pleadings be entered in favor of Defendant

3    Ruth Cuentas.[1]

4

5

6    DATED:  March 19, 2012                          _____
                                                     HON. JACQUELINE H. NGUYEN
7                                                    UNITED STATES DISTRICT JUDGE

8    PRESENTED BY:
     ANDRÉ BIROTTE JR.
9    United States Attorney
     LEON W. WEIDMAN
10   Chief, Civil Division
     THOMAS K. BUCK
11   Assistant United States Attorney
     KRISTEN M. LEE
12   Assistant United States Attorney

13
     /s/ Thomas K. Buck
14   _____
     THOMAS K. BUCK
15   KRISTEN M. LEE
     Assistant United States Attorneys
16
     Attorneys for Defendant Ruth Cuentas
17

18

19

20

21

22

23

24

25

26   _____

27        [1]  The Court has previously dismissed the only other defendants, Defendant
     Janet Napolitano [40] and Defendant Transportation Security Administration [53].
28

-2-