ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
THOMAS K. BUCK (State Bar No. 70307)
KRISTEN M. LEE (State Bar No. 239464)
Assistant United States Attorney
Room 7516, Federal Building
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-3989 (Buck)
           (213) 894-0332 (Lee)
   Fax:   (213) 894-7819
   Emails: tom.buck@usdoj.gov
         kristen.lee@usdoj.gov

Attorneys for Defendant Ruth Cuentas

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH MILES,<br><br>   Plaintiff,<br><br>v.<br><br>JANET NAPOLITANO, UNITED STATES SECRETARY OF HOMELAND SECURITY, TRANSPORTATION SECURITY ADMINISTRATION, AGENCY, RUTH CUENTAS and DOES 1-10, inclusive,<br><br>   Defendants. | CASE NO. 2:10-cv-02809-JHN-CWx<br><br>**JUDGMENT ON THE PLEADINGS** |

     Having issued, on March 15, 2012, the Court's Order Granting Defendant's Motion For Judgment On The Pleadings [81] And Denying Remaining Matters As

///

///

///

-2-

Moot [88, 92], and having issued the Order [120] only on the bases set forth therein, the Court directs that Judgment on the Pleadings be entered in favor of Defendant Ruth Cuentas.[1]

DATED: March 19, 2012

HON. JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

PRESENTED BY:
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Chief, Civil Division
THOMAS K. BUCK
Assistant United States Attorney
KRISTEN M. LEE
Assistant United States Attorney

/s/ Thomas K. Buck

THOMAS K. BUCK
KRISTEN M. LEE
Assistant United States Attorneys

Attorneys for Defendant Ruth Cuentas

---

[1] The Court has previously dismissed the only other defendants, Defendant Janet Napolitano [40] and Defendant Transportation Security Administration [53].